## ALLEN v. STATE.
### No. 20192.

Court of Criminal Appeals of Texas.
Feb. 22, 1939.

Mike Anglin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of a violation of the liquor laws of this State, and his punishment assessed at a fine of $100.

It appears that notice of appeal was not carried into the minutes of the court. Under the circumstances, this court is without jurisdiction.

The appeal is dismissed.